William E. Laimbeir, Appellant, v. Robert W.

Tailer and others, Respondents.—Judgment affirmed. Opinion by Bartlett, J.